UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH CAMMARATA,<br><br>*Defendant.* | Crim. No.: 3:22-cr-00639-PGS<br><br>**ORDER** |

**WHEREAS** defendant Joseph Cammarata ("Defendant") appeared before the Court on January 23, 2023 and made an oral application to this Court to overturn the Order revoking his bail (ECF No. 48) in *United States v. Cammarata*, No. 21-cr-00427-CFK, (E.D. Pa Oct. 28, 2021) (the "EDPA Criminal Action"); and

**WHEREAS** the Court having taken into consideration the arguments of the parties, and setting forth its reasons on the record, and for good cause shown:

**IT IS** on this 23rd day of January 2023,

**ORDERED** that Defendant's motion to overturn the Order revoking bail in the EDPA Criminal Action is **DENIED**; and

**ORDERED** that the attorneys for the parties shall appear by telephone on February 21, 2023 at 2:30 p.m. for a status conference to discuss discovery issues. The dial-in information for the conference is 888-684-8852; code: 1757868#.

_____
PETER G. SHERIDAN, U.S.D.J.