**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

TO:      Floyd J. Miller
            Paul Shapiro
            David Ignall

Cc:      Renee Ettleman, Case Budgeting Attorney, U.S. Courts for the Third Circuit

FROM:    Peter G. Sheridan, U.S.D.J.    *PGS*

DATE:    March 23, 2023

RE:      *USA v. Cammerata*, 22-cr-00639

---

       The purpose of this memorandum is to encourage counsel to confer with regard to the scope of discovery in this matter. It is my understanding that discovery is estimated to be in excess of 2 million pages. This is excessive. It is my view that if counsel confer and are open with each other, the relevant discovery can be substantially reduced. More importantly, it appears at first glance that the Government's attorneys are more knowledgeable about the content of discovery based on its involvement in the Eastern District of Pennsylvania criminal proceeding. As such, the Government should review and direct defense counsel to the discovery that is relevant to this action. While this may take some preparation and planning, this is the best way to move the case forward expeditiously and efficiently. The status of your progress on this issue will be addressed at the hearing on April 6, 2023.