IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-639-01 |
| vs. | : |
| JOSEPH CAMMARATA | : HON. PETER G. SHERIDAN |

**ORDER**

AND NOW, this 20th day of November, 2023, the Court, having been advised by oral Motion that counsel for Defendant Joseph Cammarata needs an additional sixty (60) days to prepare and file post-trial motions and the Government having no objection thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and post-trial motions shall be filed on or before January 29, 2024.

BY THE COURT:

_____
**THE HONORABLE PETER G. SHERIDAN**